**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 14, 2009

Charles R. Fulbruge III
Clerk

No. 08-50638
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARRELL LENARD BATES,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:93-CR-181-1

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Darrell Lenard Bates appeals the denial of an innominate pleading he filed in a criminal proceeding that has long been closed. The pleading did not concern the criminal case. Bates failed to identify any jurisdictional basis for his pleading, and he failed to make any coherent argument or to state any cognizable claim. Because his appeal fails to identify any legal basis for relief,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

it is frivolous, *see Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983), and is DISMISSED. *See* 5TH CIR. R. 42.2. All outstanding motions are DENIED.